IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ENCODITECH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SLING MEDIA, INC.,<br><br>Defendant. | Civil Action No. 6:15-cv-1121-RWS-JDL<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Having considered Plaintiff Encoditech LLC's ("Plaintiff") Notice of Voluntary Dismissal, the Court finds that good cause exists for granting the notice. The Notice of Voluntary Dismissal is GRANTED. All claims asserted by Plaintiff against Defendant Sling Media, Inc., are hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 1st day of February, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE